COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

PECOS RENEWABLE ENERGY, LLC,

Appellant,

v.

JASPER COUNTY,

Appellee.

No. 08-11-00261-CV

Appeal from the

112th Judicial District Court

of Pecos County, Texas

(TC# P10860-112-CV)

## <u>MEMORANDUM OPINION</u>

Having settled their dispute, the parties filed a joint motion to dismiss this appeal. *See* TEX.R.APP.P. 42.1(a)(2). The motion is granted. In accordance with the parties agreement, the entire case is dismissed with prejudice, and costs of appeal are assessed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

March 14, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.